UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CEASAR ANTHONY LOPEZ,

Defendant.

Case No. 25cr4587-RBM
25mj5925

I N F O R M A T I O N

Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) - Felon in Possession of a Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture

Count 1

On or about October 15, 2025, within the Southern District of California, defendant CEASAR ANTHONY LOPEZ, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, that traveled in and affected interstate commerce, to wit: a 9mm Smith & Wesson handgun with obliterated serial number and ten (10) rounds of 9mm ammunition; all in violation of Title 18 United States Code, Section 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, defendant CEASAR ANTHONY LOPEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. A 9mm Smith & Wesson handgun with obliterated serial number;
2. Approximately 10 rounds of 9mm ammunition.

If any of the above-described forfeited property, as a result of any act or omission of defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: November 17, 2025.

ADAM GORDON
United States Attorney

By:

ANDREW SHERWOOD
Assistant U.S. Attorney